IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANIE MILLER, | ) | Case No.:  5:17-CV-00383 |
| | ) | |
| Plaintiffs, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED FINAL ORDER OF** |
| CITY OF CANTON, et al., | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come the parties, by and through undersigned counsel, and hereby stipulate that the terms of the settlement described in this Court's Order of February 26, 2018 (Doc. #26) have been fully carried out and that this matter should be fully dismissed with prejudice and that this Court's continuing jurisdiction over the said settlement should be dissolved.

IT IS SO ORDERED.

Dated: March 26, 2018

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

APPROVED:

/s/ Brian A. Murray                   /s/ Kevin R. L'Hommedieu
BRIAN A. MURRAY, Esq. 0079741         KEVIN R. L'HOMMEDIEU, Esq. (0066815)
Zukerman, Daiker & Lear, Co., L.P.A.  Canton Law Department
3912 Prospect Avenue East             218 Cleveland Avenue, S.W.
Cleveland, Ohio 44115                 Canton, Ohio 44701-4218
(216) 696-0900                        (330) 489-3251
bam@zukerman-law.com                  kevin.lhommedieu@cantonohio.gov
Counsel for Plaintiff                 Counsel for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically served to all parties on this 25th day of March 2018 via the Court's electronic filing system.

/s/ Brian A. Murray_____
BRIAN A. MURRAY, Esq.